OSCN Found Document:IN RE APPROVAL OF UNIFORM YOUTHFUL OFFENDER PLEA OF GUILTY ORDER/ADDENDUMS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE APPROVAL OF UNIFORM YOUTHFUL OFFENDER PLEA OF GUILTY ORDER/ADDENDUMS
2024 OK 5
Decided: 02/12/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 5, __ P.3d __

 

In re: Approval of Uniform Youthful Offender Plea of Guilty Order/ Addendums

ORDER

¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached order and addendums for youthful offender plea of guilty, effective May 1, 2024.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 12th day of February, 2024.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

IN THE DISTRICT COURT OF                                                                       COUNTY

 

THE STATE OF OKLAHOMA

 
 
 
 STATE OF OKLAHOMA,

                     Plaintiff,
 vs.

                                                                                  , 

                      Defendant.

  Last four digits of SS#                                                               

  Month/Year of Birth                                                                  

  Place of Birth                                                                             
                                        City                        State

 (Home Address)                                                                         

                                                                                                     

  
 
 
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 )
 
 
  

  

 Case No.                                                                       

 (A separate Summary of Facts must be completed for each case.)

  

 (NOTE: The trial judge shall ensure the defendant is sworn either prior to completing the Summary of Facts or prior to inquiry by the Court on the Plea. If the defendant is entering a nolo contendere, or other type guilty plea, correct by pen change where term "guilty" used)
 
 
 

YOUTHFUL OFFENDER PLEA OF GUILTY - SUMMARY OF FACTS

 

Findings of Fact, Acceptance of Plea:                                                                                                                               Circle Answers

 
 
 
   1.
 
 
 Is the name just read to you your true name?

 If no, what is your correct name:                                                                                                   

 I have also been known by the name(s):                                                                                        
  
 
 
 Yes   No

  
 
 
 
 
   2.
 
 
 My lawyers name is:                                                                                                                     
  
 
 
  
 
 
 
 
   3.
 
 
 (a) Do you wish to have a record made of these proceedings by a Court Reporter? 

 (b) Do you wish to waive this right?
 
 
 Yes   No

 Yes   No
 
 
 
 
   4.
 
 
 Age:                        Highest grade completed in school:                                                                
 
 
  
 
 
 
 
   5.
 
 
 Can you read and understand this form?
 (If the answer is NO counsel must complete Addendum A Youthful Offender Plea of Guilty  Summary of Facts Certificate of Defense Counsel.)
 
 
 Yes    No
 
 
 
 
   6.
 
 
 Are you currently taking any medication or substances which affect your ability to understand these proceedings?
 
 
 Yes    No

  
 
 
 
 
  
 
 
 If yes, what medications or substances?                                                                                            
                                                                                                                                                              
 
 
  

  
 
 
 
 
 7.
 
 
 Have you been prescribed any medications that you should be currently taking but are not?
 
 
 Yes    No
 
 
 
 
  
 
 
 If yes, what kind and for what purpose? ___________________________________ 

 ___________________________________________________________________

 ___________________________________________________________________

  
 
 
  
 
 
 
 
 8.
 
 
 Have you ever been treated by a doctor, counselor or a health professional for a mental illness, or have you ever spent time in a hospital for a mental illness or other mental health issues? 
 
 
 Yes   No
 
 
 
 
  
 
 
 If yes, list the doctor or health professional, place, and when occurred: ___________

 ­­­­____________________________________________________________________

 ____________________________________________________________________

  
 
 
  
 
 
 
 
 9.
 
 
 Counselor, do you have any reason to believe your client is not mentally competent to appreciate and understand the nature, purpose and consequences of these proceedings and to assist you in presenting any defense the client may have to the charge(s)?

  
 
 
 Yes    No

  
 
 
 
 
 10.
 
 
 Counselor, do you have any reason to believe that your client was not mentally competent to appreciate and understand the nature, purpose and consequences of their actions at the time they were committed, and out of which the charges(s) contained in the Information arose?

  
 
 
 Yes    No

  
 
 
 
 
 11.
 
 
 Do you understand the nature and consequences of this proceeding?
 
 
 Yes    No

  
 
 
 
 
 12.
 
 
 Have you received a copy of the Information and read the allegations?
  
 
 
 Yes    No
 
 
 
 
 13.
 
 
 Does the State move to dismiss or amend any count(s) in the information? If so, set forth the counts dismissed or amended: __________________________________________ 

 ___________________________________________________________________ 

 ___________________________________________________________________

  
 
 
 Yes    No

  

  
 
 
 
 
 14.
 
 
 Do you understand you are charged with the following counts?
 (List any additional count(s) in Addendum B Youthful Offender Plea of Guilty  Summary of Facts) 

              Crime(s):                                                                              Statutory Reference:
 
 
  
 
 
 
 
   

  
 
 
  

 
 _______________________________________________       O.S. ________
 

  
 
 
  

 Yes    No
 
 
 
 
  
 
 
 
 _______________________________________________       O.S. ________
 

  
 
 
 Yes    No
 
 
 
 
  
 
 
 
 _______________________________________________       O.S. ________
 

  
 
 
 Yes    No
 
 
 
 
  
 
 
 
 _______________________________________________       O.S. ________
 

  
 
 
 Yes    No
 
 
 
 
  
 
 
 
 _______________________________________________       O.S. ________
 

  
 
 
 Yes    No
 
 
 
 
  
 
 
  
 
 
  
 
 
 

 

 
 
 
 15.
 
 
 CHECK ALL APPLICABLE SECTIONS LISTED BELOW. 

 (Note: the applicable sections will ONLY APPLY if the youthful offender is sentenced to or transferred (bridged)   into the custody or supervision of the department of corrections):
 
 
  
 
 
 
 
  
 
 
 ____ (Check if applicable) Do you understand that you are subject to the Delayed Sentencing Program for Young Adults and what that sentencing program involved? 

         (Check if applicable) Do you understand that upon a conviction on a plea of guilty to the offense(s) of                                                                              you will be required to serve a minimum sentence of:  _____________________?
 
 
 Yes    No

  

 Yes    No

  
 
 
 
 
  
 
 
          85% of the sentence of imprisonment imposed before being eligible for parole consideration and are not eligible for earned or other type of credits which will have the effect of reducing the length of sentence to less than 85% of the sentence imposed?

  
 
 
 Yes    No
 
 
 
 
  
 
 
         % of the sentence of imprisonment imposed or received prior to becoming eligible for state correctional earned credits toward completion of your sentence or eligibility for parole?

  
 
 
 Yes    No
 
 
 
 
  
 
 
          (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of                                                                will subject you to mandatory compliance with the Oklahoma Sex Offender Registration Act? 

  
 
 
 Yes    No
 
 
 
 
  
 
 
          (Check if applicable)  Do you understand that any person sentenced to imprisonment for two (2) years or more for the offense(s) of ___________________________________, involving sexual abuse, sexual exploitation, or illegal sexual conduct, shall be required to serve a term of post-imprisonment supervision for at least three (3) years under conditions determined by the Department of Corrections in addition to the actual term of imprisonment?  There will be no post-imprisonment supervision for a sentence of life or life without the possibility of parole for offenses involving sexual abuse, sexual exploitation, or illegal sexual conduct.  

  
 
 
  

 Yes    No

  
 
 
 
 
  
 
 
          (Check if applicable)  Do you understand that a conviction on a plea of guilty to the offense(s) of___________________________________ will subject you to mandatory compliance with the Oklahoma Methamphetamine Offender Registry Act? 

  
 
 
 Yes    No
 
 
 
 
  
 
 
          (Check if applicable) Do you understand that a conviction on a plea of guilty to the offense(s) of                                                                                   will subject you to mandatory compliance with the Mary Rippy Violent Crime Offenders Registration Act?
 
 
 Yes    No
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
 16.
 
 
 Do you understand that if you are sentenced or transferred (bridged) into the custody or supervision of the Department of Corrections and become a convicted felon that this could enhance punishment in any future crime committed by you?
 
 
 Yes    No
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
 17.
 
 
 Do you understand that being sentenced or transferred (bridged) into the custody or supervision or the Department of Corrections could affect other of your personal rights including: your right to vote, your ability to obtain a driver's license, your ability to obtain certain professional licenses required by the State, your ability to secure student loans to attend college,   and your ability to obtain U.S. citizenship if you are not already a citizen?

  
 
 
 Yes    No
 
 
 
 
 18.
 
 
 Do you understand it is unlawful for you to have in your possession or under your immediate control, or have in any vehicle you are driving, or at your residence, any pistol, imitation or homemade pistol, altered air or toy pistol, machine gun, sawed-off shotgun or rifle, or any other dangerous or deadly firearm within ten (10) years after your adjudication? Okla. Stat. tit. 21 § 1283(D).

  
 
 
 Yes    No

  

  

  
 
 
 
 
 19.
 
 
 Do you understand that upon your release from any facility where you were placed by the Office of Juvenile Affairs, you will subject to supervised community placement rules?
 
 
 Yes    No

  
 
 
 
 
 20.
 
 
 What is/are the charge(s) the defendant is/are entering a plea to today?
 (List any additional charge(s) in Addendum B Youthful Offender Plea of Guilty  Summary of Facts) 
  

 
 ________________________________________________________________
 ________________________________________________________________
 ________________________________________________________________
 ________________________________________________________________
 ________________________________________________________________
 
 
 
  
 
 
 
 
  
 
 
  

 Yes    No

 Yes    No

 Yes    No

 Yes    No

 Yes    No

  
 
 
 
 
 21.
 
 
 Do you understand the range of punishment for the crime(s) is/are? (List in same order as in No. 20 above and list the additional ranges of punishment in Addendum B YO Plea of GuiltySummary of Facts)
 
 
  
 
 
 
 
  
 
 
 
 Minimum of _______ to a maximum of _______ and/or a fine of $________
 
 
 
 Yes    No
 
 
 
 
  
 
 
 
 Minimum of _______ to a maximum of _______ and/or a fine of $________
 
 
 
 Yes    No
 
 
 
 
  
 
 
 
 Minimum of _______ to a maximum of _______ and/or a fine of $________
 
 
 
 Yes    No
 
 
 
 
  
 
 
 
 Minimum of _______ to a maximum of _______ and/or a fine of $________
 
 
 
 Yes    No
 
 
 
 
  
 
 
 
 Minimum of _______ to a maximum of _______ and/or a fine of $________
 

  
 
 
 Yes    No

  
 
 
 

 

 
 
 
 22.
 
 
 Read the following statements: You have the right to a speedy trial before a jury for the determination of whether you are guilty or not guilty and if you request, to determine sentence. At the trial:

  
 
 
  
 
 
 
 
  
 
 
 (1) You have the right to have a lawyer represent you, either one you hire yourself or if you are indigent a court appointed attorney.
 
 
  
 
 
 
 
  
 
 
 (2)  You are presumed to be innocent of the charges.
 
 
  
 
 
 
 
  
 
 
 (3) You may remain silent or, if you choose, you may testify on your own behalf.
 
 
  
 
 
 
 
  
 
 
 (4) You have the right to see and hear all witnesses called to testify against you and the right to cross-examine them.
 
 
  
 
 
 
 
  
 
 
 (5) You have the right to have your witnesses ordered to appear in court to testify and present evidence of any defense you have to these charges.
 
 
  
 
 
 
 
  
 
 
 (6) The state is required to prove your guilt beyond a reasonable doubt.
 
 
  
 
 
 
 
  
 
 
 (7) The verdict of guilty or not guilty decided by a jury must be unanimous. However, you can waive a jury trial and, if all parties agree, the case could be tried by a judge alone who would decide if you were guilty or not guilty and if guilty, the appropriate punishment.
 
 
  
 
 
 
 
 23
 
 
 Do you understand each of these rights?
 
 
 Yes   No

  
 
 
 
 
 24
 
 
 Do you understand by entering a plea of guilty you give up these rights?
 
 
 Yes   No
 
 
 
 
 25
 
 
 Do you understand that if you are sentenced or transferred (bridged) to Department of Corrections that the range of punishment in any future case committed by you could be increased? 
 
 
  

 Yes   No
 
 
 
 
 26
 
 
 Have you talked over the charge(s) with your lawyer, advised him/her regarding any defense you may have to the charges and had his/her advice?
 
 
 Yes   No
 
 
 
 
 27
 
 
 Do you believe your lawyer has effectively assisted you in this case and are you satisfied with his/her advice?
 
 
 Yes   No
 
 
 
 
 28
 
 
 Do you wish to change your plea of not guilty to guilty and give up your right to a jury trial and all other previously explained constitutional rights?
 
 
 Yes   No
 
 
 
 
 29
 
 
 Is there a plea agreement?
 
 
 Yes   No
 
 
 
 
  
 
 
 If yes, what is the plea agreement?
 (for additional space continue in Addendum B Youthful Offender Plea of GuiltySummary of Facts)

 _____________________________________________________________
 _____________________________________________________________
 _____________________________________________________________
 _____________________________________________________________
 _____________________________________________________________
 _____________________________________________________________
 
 
  
 
 
 
 
 30.
 
 
 Do you understand the Court is not bound by any agreement or recommendation, and if the Court does not accept the plea agreement, you have the right to withdraw your plea of guilty? 
 
 
 Yes   No
 
 
 
 
 31.
 
 
 Do you understand that if there is no plea agreement the Court can sentence you within the range of punishment stated in question 21?
 
 
  
 
 
 
 
 32.
 
 
 What (is)(are) your plea(s) to the charge(s) (and to each one of them)?

 ___________________________________________________________________________
 
 
  

  

  

  
 
 
 
 
 33.
 
 
 Did you commit the acts as charged in the Information?
 
 
 Yes  No

  
 
 
 
 
 34.
 
 
 State the factual basis for your plea(s)
 (for additional space continue in Addendum C Youthful Offender Plea of GuiltySummary of Facts)

 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 __________________________________________________________
 
 
  
 
 
 
 
  
 
 
 _____   (Check if applicable) The above statement is written in my attorney's handwriting, but it is a true and correct description of my actions, and I adopt it as my own.

  
 
 
  
 
 
 
 
  
 
 
 DEFENDANT
 
 
  
 
 
 
 
 35. 
 
 
 Have you been forced, abused, threatened, mistreated, or promised anything by anyone to enter your plea(s)? 
 
 
 Yes   No
 
 
 
 
 36.
 
 
 Do you plead guilty of your own free will and without any coercion or compulsion of any kind?
 
 
 Yes   No 
 
 
 
 
 37.
 
 
 Do you have any additional statements to make to the Court?
 
 
 Yes   No
 
 
 
 
 38.
 
 
 Is there any legal reason you should not be adjudicated as a Youthful Offender now?
 
 
 Yes   No
 
 
 

 

I acknowledge, by my signature below, that my attorney and I have specifically reviewed the terms and conditions contained in Question No. 29, and that I understand the terms of the plea agreement into which the Court, the State and I are entering into today.  In addition, I understand the possible consequences if I am transferred (bridged) into the custody or supervision of the Department of Corrections (D.O.C.) based upon a finding being made by the Court by clear and convincing evidence that I committed one of more of the acts defined in Okla. Stat. tit. l0A § 2-5-210A(A)(2)(a-g).

 

                                                                                       ________________________________________________
                                                                                                                                                                   DEFENDANT
 

 

HAVING BEEN SWORN, I, the Defendant whose signature appears below, make the following statements under oath:

 
 
 
 1.
 
 
 CHECK ONE:
 
 
  
 
 
 
 
  
 
 
           (a)  I have read, understood, and completed this form.
 
 
  
 
 
 
 
  
 
 
           (b)  My attorney completed this form, and we have gone over the form, and understand its contents and agree with the answers. See Addendum "A"
  
 
 
  
 
 
 
 
  
 
 
           (c)  The Court completed this form for me and inserted my answers to the questions.
  
 
 
  
 
 
 
 
 2.
 
 
 The answers are true and correct.
 
 
 
 
 3.
 
 
 I understand that I may be prosecuted for perjury if I have made false statements to this Court.
 
 
 
 
  
 
 
                                                                              

  

                                                                      _________________________________________ 
                                                                                                                               DEFENDANT
 
 
 

 

 
 
 
 I, the undersigned attorney for the Defendant, believe the Defendant understands the nature, purpose, and consequence of this proceeding. The Defendant is able to assist me in formulating any defense to the charge(s). I am satisfied that the Defendant's waivers and plea(s) of guilty are knowingly and voluntarily given and he/she has been informed of all legal and constitutional rights.
 
 
 
 
        

  

                                                                                       

                                                        ATTORNEY FOR DEFENDANT
 
 
 
 
 The plea agreement recommendation in question 29 is correctly stated. I believe the plea agreement is fair to the State of Oklahoma.

  
 
 
 
 
 Offer of Proof (Nolo contendere plea) _________________________________________________

 _______________________________________________________________________________

 _______________________________________________________________________________

 _______________________________________________________________________________

 _______________________________________________________________________________

  

                                                                                         

 ASSISTANT DISTRICT ATTORNEY

  
 
 
 
 
  
 
 
 

 

THE COURT FINDS AS FOLLOWS:  

 The Defendant was sworn and responded to the questions under oath.
  
 The Defendant understands the nature, purpose and consequences of this proceeding.
  
 The Defendants plea(s) of _________________ is/are knowingly and voluntarily entered and accepted by the Court.
  
 The Defendant is competent for the purpose of this hearing.
  
 A factual basis exists for the plea(s).
  
 The Defendant is committed as a youthful offender to the:    
 ______ Custody                           ______ Supervision
 of the Office of Juvenile Affairs (O.J.A.) for ___________ Years/Months.
 O.J.A.s written rehabilitation plan shall be prepared and filed with the Court and provided to the attorneys for the Defendant and the State, within thirty (30) days of O.J.A. receiving notification of this placement. 
  The Defendant is ordered to pay instanter:
 
 Court Costs in the amount of $_____________________.
 VCA in the amount of $___________________.
 
 

THIS CASE IS SET FOR HEARING BEFORE THE JUDGE ___________________ ON THE _______
DAY OF                                         ____________________, 20_____ at ___________ ____.M. FOR A
REVIEW OF THE PLACEMENT OF THE YOUTHFUL OFFENDER AND THE ADOPTION OF
THE WRITTEN REHABILITATION PLAN.

BY OUR SIGNATURES BELOW, WE STATE THAT WE HAVE READ THE YOUTHFUL OFFENDER PLEA OF GUILTY - SUMMARY OF FACTS AND UNDERSTAND THE CONTENT AND ACKNOWLEDGE THAT IT IS TRUE AND CORRECT.

 
 
 
       

        ____________________________________________

        DEFENDANT (PRINTED)
 
 
  

             _______________________________________________

             DEFENDANT (SIGNATURE)

  
 
 
 
 
         ____________________________________________

        ATTORNEY FOR THE DEFENDANT (PRINTED)
 
 
             _______________________________________________

             ATTORNEY FOR THE DEFENDANT (SIGNATURE)

  
 
 
 
 
         ____________________________________________

        ATTORNEY FOR THE STATE (PRINTED)
 
 
             _______________________________________________

             ATTORNEY FOR THE STATE (SIGNATURE)

  
 
 
 

       

 DONE IN OPEN COURT this _______ day of _____________________, 20________.

 

 
 
 
       _____________________________________________

       COURT REPORTER PRESENT
 
 
             _____________________________________________

                JUDGE OF THE DISTRICT COURT

  
 
 
 
 
       _____________________________________________

       DEPUTY COURT CLERK
 
 
                _____________________________________________

                 NAME OF THE JUDGE
 
 
 
 
  
 
 
  
 
 
 

 

 

BASED ON THE ABOVE PLEA AGREEMENT ADJUDICATING THE DEFENDANT AS A YOUTHFUL OFFENDER THE YOUTHFUL OFFENDER IS NOTIFIED AS FOLLOWS: 

 
The defendant has been adjudicated as a youthful offender and upon his or her successful completion of the rehabilitation plan this case shall be dismissed, and the defendant may apply for expungement pursuant to the provisions of Okla. Stat. tit. l0A § 2-5-210A(D)(1-6);
  

 In addition, the youthful offender understands that he/she may be transferred (bridged) to the Department of Corrections (D.O.C.) if the Court finds by clear and convincing evidence that the youthful offender has committed one of more of the following acts defined in Okla. Stat. tit. l0A §2-5-210A(A)(2)(a-g):

 failed to make substantial progress towards completing the treatment plan which the youthful offender is expected to have achieved,
 established a pattern of disruptive behavior which is not conducive to the established policies and procedures of the program or facility or engaged in other types of behavior which has endangered the life or health of other residents or staff of the facility,
 caused disruption in the facility, smuggled contraband into the facility, or participated or assisted others in smuggling contraband into the facility,
 committed battery or assault and battery on an OJA employee or contractor of a juvenile facility,
 committed battery, assault and battery, or endangered the life or health of another person,
 
committed a felony while in the custody or supervision of OJA as demonstrated by:
 (1)  the entry of a plea of guilty or nolo contendere,
 (2)  an adjudication, or a judgment and sentence following a verdict of guilty, or
 (3)  clear and convincing evidence, or

 left a facility in which the youthful offender was being held without permission.                                                ·

NOTICE OF RIGHT TO APPEAL

To appeal from this plea of guilty and adjudication as a youthful offender you must file in the District Court Clerk's Office a written Application to Withdraw your Plea of Guilty as a Youthful Offender within ten (10) days from today's date. You must set forth in detail why you are requesting to withdraw your plea. The trial court must hold a hearing and rule upon your Application within thirty (30) days from the date it is filed. If the trial court denies your Application, you have the right to ask the Oklahoma Court of Criminal Appeals to review the District Court's denial by filing a Petition for Writ of Certiorari within ninety (90) days from the date of the denial. Within ten (10) days from the date the application to withdraw plea of guilty is denied, notice of intent to appeal and designation of record must be filed pursuant to Oklahoma Court of Criminal Appeals Rule 4.2(D). If you are indigent, you have the right to be represented on appeal by a court appointed attorney.

 

Do you understand each of these rights to appeal?                                                                             Yes    No

Have you fully understood the questions that have been asked?                                                        Yes    No

Have your answers been freely and voluntarily given?                                                                      Yes    No

 

I ACKNOWLEDGE UNDERSTANDING OF MY RIGHTS AND THE YOUTHFUL OFFENDER ADJUDICATION AND SENTENCE  IMPOSED.                         

                                                                               ______________________________________________
                                                                                                        DEFENDANT

I, the undersigned attorney, have advised the Defendant regarding his/her appellate rights as a youthful offender.

 

                                                                         ______________________________________________
                                                                         ATTORNEY FOR THE DEFENDANT

DONE IN OPEN COURT ON THIS ______ DAY OF ________________20 _____.

 

                                                       ______________________________________________

                                                                               JUDGE OF THE DISTRICT COURT

 

YOUTHFUL OFFENDER PLEA OF GUILTY  SUMMARY OF FACTS
CERTIFICATE OF DEFENSE COUNSEL
ADDENDUM A

 

As the attorney for the defendant, ___________________________________________________, I certify that:

 
The defendant has stated to me that he/she is (able/unable) to read and understand the attached form and I have: (check the appropriate box)
  
 _____  Determined the defendant is able to understand the English Language.
  
 _____ Determined the defendant is unable to understand the English language and
  
              obtained__________________________________________________________ to interpret. 
  

 
I have read and fully explained to the defendant the allegations contained in the Information in this case.
  

 I have read and fully explained to the defendant all of  the questions in the Youthful Offender Plea of Guilty  Summary of Facts and the answers to the questions set out in the Summary of Facts are the defendants answers to the questions.
 
To the best of my knowledge and belief the statements and declarations made by the defendant in the Youthful Offender Plea of Guilty  Summary of Facts are true and accurate and have been made freely and voluntarily made. 
  

Dated this _____ day of _________________, 20_____.
 

                                                                                                                                                _____________________________________

                                                                                                                                                ATTORNEY FOR THE DEFENDANT 

 

 

YOUTHFUL OFFENDER PLEA OF GUILTY  SUMMARY OF FACTS
ADDENDUM B
Question #14 Continued

 

 
 
 
 14. Do you understand you are charged with the following counts?

       Crime(s):                                                                                                Statutory Reference:
 
 
  
 
 
 
 
  

 
 ______________________________________________       O.S. ________
 
 
 
  

 Yes    No
 
 
 
 
 
 ______________________________________________       O.S. ________
 
 
 
 Yes    No
 
 
 
 
 
 ______________________________________________       O.S. ________
 
 
 
 Yes    No
 
 
 
 
 
 ______________________________________________       O.S. ________
 
 
 
 Yes    No
 
 
 
 
 
 ______________________________________________       O.S. ________
 
 
 
 Yes    No
 
 
 

Question #20 Continued 

20. What is/are the charge(s) the defendant is/are entering a plea to today? 

 
________________________________________________________________________                          Yes     No
  

 
________________________________________________________________________                          Yes     No
  

 
_________________________________________________________________________                        Yes     No
  

 
_________________________________________________________________________                       Yes     No
  

 
_________________________________________________________________________                        Yes     No
  

Question #21 Continued 

21. Do you understand the range of punishment for the crime(s) is/are?

 
Minimum of                     to a maximum of                      and/or a fine of $                                                  Yes     No
  

 
Minimum of _________  to a maximum of  __________ and/or a fine of $ ___________                         Yes     No
  

 
Minimum of _________  to a maximum of  __________ and/or a fine of $ ___________                         Yes     No
  

 
Minimum of _________  to a Maximum of  __________ and/or a fine of $ ___________                        Yes    No
  

 Minimum of _________  to a Maximum of  __________ and/or a fine of $ ___________                        Yes    No

 
 
 
                                      Question #29 Continued

       29. Is there a plea agreement continued? 

                                                                                                                                                                        

                                                                                                                                                                         

                                                                                                                                                                         

                                                                                                                                                                          

  
 
 
  

  

  

  

 Yes    No
 
 
 

 

 

YOUTHFUL OFFENDER PLEA OF GUILTY  SUMMARY OF FACTS
ADDENDUM C
Question # 34 Continued

 

____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
____________________________________________________________________________
__________________________________________________________________________

      _____   (Check if applicable) The above statement is written in my attorney's handwriting, but it is a true and correct description of my

                        actions, and I adopt it as my own.

 

_____________________________________

                                                                                                                                                DEFENDANT 

  

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA